We have reviewed the briefs of the parties and the record on appeal and find Defendant's contentions on direct appeal to be without merit. We further find that an extended opinion would serve no jurisprudential purpose. Defendant's judgments of conviction are affirmed pursuant to Rule 30.25(b).

We have likewise reviewed Defendant's contentions of error and the record relative to the denial of Defendant's Rule 29.15 motion. The motion court's findings of fact are not clearly erroneous. No error of law appears. An extended opinion would have no precedential value. We affirm the denial of Defendant's Rule 29.15 motion pursuant to Rule 84.16(b).

Ms. Dunn was struck by a door closing device at Defendant's shopping center. On appeal, Plaintiffs complain of the trial court's actions in excusing a juror for cause and in sustaining questions posed to Plaintiffs' expert on the grounds that they lacked proper foundation and called for speculation. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).

STATE of Missouri, Plaintiff–
Respondent,

v.

**Kimberly Rieser DUNN,
et al., Appellants,**

v.

**MAY CENTERS, INC., Respondent.**

No. 67930.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 26, 1995.

Joseph A. Frank, St. Louis, for appellants.

Eugene K. Buckley, St. Louis, for respondent.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.

*ORDER*

PER CURIAM.

Plaintiffs appeal from the judgment entered in accordance with the jury's verdict in favor of Defendant May Centers, Inc. in their action for personal injuries suffered when

**Shirl D. DRIVER, Defendant–Appellant.**

**Shirl D. DRIVER, Movant–Appellant,**

v.

**STATE of Missouri, Respondent–
Respondent.**

Nos. 64575, 68076.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 26, 1995.

Roger S. Lahr, Theresa Counts Burke, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.